**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LISA KAREN MARIE CARNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.   22-2521 (UNA) |
| | ) |
| | ) |
| ALBERT GORE *et al*., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION**

Plaintiff, appearing *pro se*, has filed a Complaint, ECF No. 1, and an application to proceed *in forma pauperis*, ECF No. 2.  The Court will grant the application and dismiss this action pursuant to 28 U.S.C. § 1915(e)(2)(B) (requiring immediate dismissal of a case upon a determination that the complaint is frivolous).

Plaintiff, who apparently has no fixed address, has filed a complaint alleging that defendant Albert Gore has made defendant country singer Kim Carnes her "aunt a false sister of my adopted Dad Herbert Carnes a Willard Descendant of Uncle & Aunt Billy Willard and Mary both deceased for years."  ECF No. 1 at 1.  The complaint, which also names as a defendant Senator Elizabeth Warren, continues in this incoherent manner.  Plaintiff's subsequent motions for a temporary restraining order (Dkt. 8), to amend the complaint (Dkt. 10), for discovery (Dkt. 14), and for default judgment (Dkt. 14) are equally baffling.

Complaints premised on fantastic or delusional scenarios or supported wholly by allegations lacking "an arguable basis either in law or in fact" are subject to dismissal as frivolous.  *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see Denton v. Hernandez*, 504 U.S. 25,

33 (1992) ("[A] finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible[.]"); *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994) (a court may dismiss claims that are "essentially fictitious"-- for example, where they suggest "bizarre conspiracy theories . . . [or] fantastic government manipulations of their will or mind") (citations and internal quotation marks omitted)); *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981) ("A court may dismiss as frivolous complaints . . . postulating events and circumstances of a wholly fanciful kind.").  The instant complaint satisfies this standard and thus will be dismissed by separate order.

_____/s/_____
JAMES E. BOASBERG
Date: November 30, 2022                    United States District Judge